UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

Jeri Johnson,                                                                                  Civil No. 13-44  (SRN/LIB)

      Plaintiff,

v.                                                                                               ORDER ADOPTING REPORT
                                                                AND RECOMMENDATION

Commercial Recovery Systems, Inc.

      Defendant.
_____

      The above matter comes before the Court upon the Report and Recommendation of Magistrate Judge Leo I. Brisbois, filed on July 15, 2013. No objections have been filed to that Report and Recommendation in the time period permitted.

      Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

      **IT IS HEREBY ORDERED** that:

1.    Plaintiff's Complaint [Docket No. 1] is DISMISSED without prejudice, for failure to comply with the Court's Order of June 17, 2013, [Docket No. 6], and for lack of prosecution.

      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  August 5, 2013

                                                  <u>s/Susan Richard Nelson</u>
                                                  SUSAN RICHARD NELSON
                                                  United States District Judge