UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Jeri Johnson,   Civil No. 13-44 (SRN/LIB)

    Plaintiff,

v.   ORDER ADOPTING REPORT
  AND RECOMMENDATION

Commercial Recovery Systems, Inc.

    Defendant.

_____

The above matter comes before the Court upon the Report and Recommendation of Magistrate Judge Leo I. Brisbois, filed on July 15, 2013. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Complaint [Docket No. 1] is DISMISSED without prejudice, for failure to comply with the Court's Order of June 17, 2013, [Docket No. 6], and for lack of prosecution.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 5, 2013

                              s/Susan Richard Nelson
                              SUSAN RICHARD NELSON
                              United States District Judge